[Cite as *04/25/2003 Case Announcements #2,* 2003-Ohio-2095.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 25, 2003*

### MOTION AND PROCEDURAL RULINGS

2003–0727.   State ex rel. Wilkinson v. Reed.
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' emergency motion for alternative writ of prohibition,

IT IS ORDERED by the court, sua sponte, that the time to file a response to the complaint under S.Ct.Prac.R. X(5) is shortened to 12 days from the date of this entry.

[Cite as *04/29/2003 Case Announcements,* 2003-Ohio-2118.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 29, 2003*

### MOTION AND PROCEDURAL RULINGS

2003–0393.   State ex rel. Nestlé USA–Prepared Foods Div., Inc. v. Indus. Comm.
Franklin App. No. 01AP–1214, 2003-Ohio-413. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 14, 2003.

### DISCIPLINARY CASES

2003–0112.   Columbus Bar Assn. v. Newsom.
   This cause came to be heard upon respondent's response to the show cause order issued by this court on March 13, 2003. Upon consideration thereof,

IT IS ORDERED that no action shall be taken at this time, provided respondent registers for inactive status with the Attorney Registration Section pursuant to Gov.Bar R. VI(3) within ten days of the date of this order and does not engage further in the practice of law.

   MOYER, C.J., and O'CONNOR, J., would order respondent to appear.

   COOK, J., would find respondent in contempt and suspend three days in jail, provided that respondent pays his CLE fine of $1,240 within 90 days and does not engage further in the practice of law.